IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**TYRELL MARSHALL**                                                                  **PLAINTIFF**

vs.                      **Civil No. 4:18-cv-04028**

**NANCY A. BERRYHILL**                                              **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 27th day of March 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                        /s/ *Barry A. Bryant*
                                                        HON. BARRY A. BRYANT
                                                        U. S. MAGISTRATE JUDGE